JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER RAY, | CASE NO. SA CV 14-1680-DOC (ANx) |
| Plaintiff(s), | |
| v | **ORDER DISMISSING CIVIL CASE [10]** |
| MONTGOMERY WARD COLONY BRAND INC., | |
| Defendant(s) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated:  November 20, 2014